IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

In the Bankruptcy Matter of:

Catherine Shock

        Debtor

Bankruptcy No. 07-16710
Judge Bruce W. Black (Joliet)
Chapter: 13

## **STATEMENT OF OUTSTANDING OBLIGATIONS**

    Beneficial Financial I Inc., hereby files this statement in response to the Notice of Payment of Final Mortgage Cure Under Rule 3002.1(f), filed by Trustee on October 31, 2012, as docket entry number 49. In response Beneficial Financial I. Inc. states the following:

1. Beneficial Financial I Inc., agrees with the Trustee's Notice filed on October 31, 2012. Beneficial Financial I Inc., hereby provides notice that the Debtor has cured the full arrears as listed in Claim number 3-1, filed on September 25, 2007.

2. Beneficial Financial I Inc., hereby provides notice that the Debtor is current on all post petition monthly mortgage payments.


    /s/ Andrew E. Houha
    Andrew E. Houha,  IL ARDC #6216265

Andrew E. Houha
Johnson, Blumberg, & Associates, LLC
230 W. Monroe Street, Suite 1125
Chicago, Illinois 60606
Ph. 312-541-9710
Fax 312-541-9711


**NOTICE:**
THIS LAW FIRM IS ATTEMPTING TO COLLECT A DEBT AND ANY
INFORMATION OBTAINED WILL BE USED FOR THAT PURPOS

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

In the Bankruptcy Matter of:

Catherine Shock

Debtor

Bankruptcy No. 07-16710
Judge Bruce W. Black (Joliet)
Chapter: 13

## CERTIFICATE OF MAILING

TO:   Catherine Shock, 14139 Faulkner Ct., Plainfield, IL 60544
      Glenn B. Stearns, 801 Warrenville Road, Suite 650, Lisle, IL 60532
      Alex Wilson, 55 E. Monroe St., Suite #3400, Chicago, IL 60603
      Patrick S. Layng, 219 S. Dearborn, Rm. 873, Chicago, IL 60604

I, Andrew E. Houha, an attorney, certify that I caused to be mailed copies of this statement of outstanding obligations to the Debtor on November 9, 2012, postage prepaid by depositing the same in the U.S. Mail at 230 W. Monroe St., Chicago, IL 60606. The remaining parties were served by this Court's CM/ECF electronic noticing system.

/s/ Andrew E. Houha
Andrew E. Houha,  IL ARDC #6216265

Andrew E. Houha
Johnson, Blumberg, & Associates, LLC
230 W. Monroe Street, Suite 1125
Chicago, Illinois 60606
Ph. 312-541-9710
Fax 312-541-9711

**NOTICE:**
THIS LAW FIRM IS ATTEMPTING TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE